AMPERSAND HOTEL COMPANY, Respondent, *v.* GERMAN-AMERICAN INSURANCE COMPANY, Appellant, Impleaded with Another.

*Ampersand Hotel Co. v. German-American Ins. Co.,* 153 App. Div. 930, affirmed.

(Argued March 16, 1914; decided March 31, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 25, 1912, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action upon a policy of fire insurance.

*Hartwell Cabell* for appellant.

*William B. Ellison* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, MILLER and CARDOZO, JJ.